67— 1825— Supreme Court           *Joseph Derzet vs.*
*James May Admʳ &c. et alii*

Territory of Michigan to wit—{ Supreme Court— of September term, one thousand eight hundred & twenty five—

*Joseph Dazette vs* ⎫ Be it remembered that on this twenty Second
*James May as administrator* ⎬ day of Sctober one thousand eight hundred &
*of Francois Melchar & al* ⎭ twenty five, in open Court appeared Joseph Dazette as principal & Joseph Andre Dit Clark as Security, & acknowledged themselves jointly & severally to owe unto James May as administrator in the above entitled cause the sum of one hundred Dollars, to be levied upon their several goods & chattels, lands & tenements hereditament & real Estate, upon Condition, that if the said Joseph Dazette, who has this day filed his Bill in Chancery, & prayed an Injunction against the said James May as such administrator, shall pay all money & costs due, or which may become due to the said James May as such administrator in any action at Law, & also all such costs, as shall be awarded against him in Case the Injunction shall be dissolved— then this recognizance to be void, otherwise to be, & remain in full force, virtue & effect—

JOSEPH DAZET<br>(L.S.)

Taken & acknowledged
in open Court this 22nd day
of October 1825—

His
Joseph Andre + Dit Clark (L.S.)
mark

J. KEARSLEY
Clerk.